JASON M. FRIERSON
United States Attorney
Nevada Bar Number 7709
JUSTIN WASHBURNE
Assistant United States Attorneys
501 Las Vegas Boulevard South, Suite 1100
Las Vegas, Nevada 89101
Telephone: 702.388.6378
Justin.Washburne@usdoj.gov
*Attorneys for the United States*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>      Plaintiff,<br><br>      v.<br><br>JOSE ABEL PEREZ-GONZALEZ,<br>      aka "Jose Ebel Perez Gonzalez,"<br>      aka "Jose Perez,"<br><br>      Defendant. | Case No. 2:24-mj-143-MDC<br><br>**Order on Stipulation to Extend Deadlines to Conduct Preliminary Hearing and File Indictment** |

Based on the stipulation of counsel, good cause appearing, and the best interest of justice being served; the time requested by this stipulation being excludable in computing the time within which the defendant must be indicted and the trial herein must commence pursuant to the Speedy Trial Act, 18 U.S.C. § 3161(b) and (h)(7)(A), and Federal Rule of Criminal Procedure 5.1, considering the factors under 18 U.S.C. § 3161(h)(7)(B)(i) and (iv):

1 | IT IS THEREFORE ORDERED that the preliminary hearing currently scheduled
2 | on May 20, 2024 at the hour of 4:00 p.m., be vacated and continued to August 5, 2024 at
3 | the hour of 4:00 pm in 3B before Magistrate Judge Maximiliano D. Couvillier, III.
4 | DATED this 17th day of May, 2024.

HON. MAXIMILIANO D. COUVILLIER, III
UNITED STATES MAGISTRATE JUDGE